ORIGINAL

RICHARD L. HOKE. JR.  2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant
TODD TAKATA

LODGED
MAY 16 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at 2 o'clock and 20 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TODD TAKATA;<br><br>            Defendant. | ) CR. NO. 04-00372SOM-07 and<br>) CR. NO. 04-00134SOM<br>) [21 U.S.C. Secs. 841(a)(1) and 846,<br>) 18 U.S.C. 2 and 18 U.S.C. 1956(h) and<br>) (a)(1)(B)(i)]<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING DATE;<br>) CERTIFICATE OF SERVICE<br>) |

STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED

STATES OF AMERICA and Defendant TODD TAKATA, through their respective

undersigned attorneys, that Defendant's sentencing date be continued from Monday, June

5, 2006 at 3:45 p.m., to Monday, September 25, 2006 at 3:00 p.m. before the Honorable

SUSAN OKI MOLLWAY.

Dated: Honolulu, Hawaii. May 15, 2006

MICHAEL K. KAWAHARA, ESQ.
Assistant United States Attorney
United States of America

_____
RICHARD L. HOKE, JR.
Attorney for TODD TAKATA

APPROVED AND SO ORDERED:

_____
HONORABLE SUSAN OKI MOLLWAY
United States District Judge

CR. NO. 04-00372SOM-07 and CR. NO. 04-00134SOM   USA v. Todd Takata.,
Stipulation and Order to Continue Sentence Date, Page 2.

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

> MR. MICHAEL K. KAWAHARA, ESQ.
> Assistant United States Attorney
> United States Attorney's Office
> Room 6100 PJKK Bldg
> 300 Ala Moana Blvd
> Honolulu Hawaii 96850
> Attorney for United States of America

Dated: Honolulu, Hawaii. May 12, 2006

RICHARD L. HOKE, JR.