ORIGINAL

RICHARD L. HOKE. JR. 2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant
TODD TAKATA

LODGED JUN 1 4 2006 10:30 pw
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 1 5 2006
at 9 o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00372SOM-07 and |
|---|---|
| Plaintiff, | ) CR. NO. 04-00134SOM |
| vs. | ) |
| TODD TAKATA; | ) STIPULATION AND ORDER TO |
| | ) PERMIT DEFENDANT TODD TAKATA |
| Defendant. | ) TO TRAVEL TO KAUAI; |
| | ) CERTIFICATE OF SERVICE |
| | ) Sentencing Date: 9/25/06 |
| | ) Time: 3:00 p.m. |
| | ) Hon. Susan Oki Mollway |

STIPULATION TO PERMIT DEFENDANT TODD TAKATA TO TRAVEL TO
KAUAI

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED

STATES OF AMERICA and Defendant TODD TAKATA, through their respective

undersigned attorneys, that Defendant is permitted to travel to the island of Kauai, with

his sponsor, Ann Ryan, departing on July 11, 2006 and returning on July 14, 2006, during

which time Defendant is excused from wearing the electronic monitoring device, but shall be in contact through cellular phone: 1-808-780-4930.

Dated: Honolulu, Hawaii.

_____
MICHAEL K. KAWAHARA, ESQ.
Assistant United States Attorney
United States of America


_____ 6/8/06
RICHARD L. HOKE, JR.
Attorney for TODD TAKATA


APPROVED:

_Carolyn K Hall for_
_____
ALLSION THOM
Pre Trial Services Officer
United States Pretrial Services


APPROVED AND SO ORDERED:

_____  JUN 1 5 2006
HON. BARRY M. KURREN
  som  United States ~~Magistrate~~ Judge
          District

CR. NO. 04-00372SOM-07  USA v. Todd Takata., Stipulation and Order to Permit Defendant Todd Takata to Travel to Kauai, Page 2.

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

>MR. MICHAEL K. KAWAHARA, ESQ.
>Assistant United States Attorney
>United States Attorney's Office
>Room 6100 PJKK Bldg
>300 Ala Moana Blvd
>Honolulu Hawaii 96850
>Attorney for United States of America

>MS. ALLISON THOM
>Pre Trial Services Officer
>United States Pretrial Services
>Federal Building 7-222
>Honolulu Hawaii 96813

Dated: Honolulu, Hawaii.   6/8/06

RICHARD L. HOKE, JR.