```
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
                                         )
        LAND COURT                       )
                                         )
        _____     )
```

AFTER RECORDATION RETURN BY MAIL ( )   PICK UP (x)

TO:     LAW OFFICE OF RICHARD L. HOKE, JR.
        1188 Bishop Street Suite 907
        Honolulu Hawaii  96813
        Tel: 1-808-531-5927

TITLE OF DOCUMENT:

        RELEASE OF MORTGAGE

PARTIES TO DOCUMENT:

RELEASOR:  Sue Beitia, Clerk of the United States District Court, District of Hawaii,
and successor to Walter A.Y.H. Chinn, Clerk United States District Court, District of
Hawaii

RELEASEES:  Thomas Tsutomo Takata, as Trustee of the Thomas T. Takata Trust, and
Shirley Shizue Takata, as Trustee of the Shirley Shizue Takata Trust

DESCRIPTION

Release of Mortgage dated August 25, 2004, by Thomas Tsutomo Takaka, as Trustee of
the Thomas T. Takata Trust, and Shirley Shizue Takata, as Trustee of the Shirley Shizue
Takata Trust, and recorded on August 26, 2004, under Document No. 3157373, at the
Office of the Assistant Registrar, Land Court, State of Hawaii (Bureau of Conveyances).

<u>RELEASE OF MORTGAGE</u>

KNOW ALL MEN BY THESE PRESENTS:

That RELEASOR Sue Beitia, Clerk, United States District Court, District of Hawaii, and successor to Walter A.Y.H. Chinn, former Clerk of the United States District Court, District of Hawaii, whose principal place of business and post office address is 300 Ala Moana Blvd., Honolulu, Hawaii, 96850, being the owner, holder and mortgagee of that certain Mortgage dated August 25, 2004 and executed by RELEASEES Thomas Tsutomo Takaka, as Trustee of the Thomas T. Takata Trust, and Shirley Shizue Takata, as Trustee of the Shirley Shizue Takata Trust,  which was recorded on August 26, 2004, under Document No. 3157373, at the Office of the Assistant Registrar, Land Court, State of Hawaii (Bureau of Conveyances), in order to secure the appearance of Defendant Todd Takata with a Property Bond in the amount of FIFTY-THOUSAND DOLLARS ($50,000.00) in the case entitled **United States of America v. Todd Takata, Cr. No. 04-00134-01SOM**, which was then pending in the United States District Court for the District of Hawaii, does hereby cancel, release, and forever discharge said mortgage and said mortgage shall be deemed null and void.

IN WITNESS WHEREOF, said RELEASOR Sue Beitia has executed these presents on the date indicated below.

Sue Beitia
Clerk, United States District Court
District of Hawaii

STATE OF HAWAII           )
                          ) SS
CITY AND COUNTY OF HONOLULU    )

On this 30th day of April , 2007, before me personally appeared Sue Beitia, Clerk, United States District Court, District of Hawaii, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed the same as his/her own free act and deed.

Notary Public, State of Hawaii Eileen Chinn Jakita
My commission expires: 3-30-2008