RICHARD L. HOKE. JR.  2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant
TODD TAKATA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII    CR 04-134 SOM-01

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00372SOM-07 |
| | ) |
| Plaintiff, | ) [21 U.S.C. Secs. 841(a)(1) and 846, |
| | ) 18 U.S.C. 2 and 18 U.S.C. 1956(h) and |
| vs. | ) (a)(1)(B)(i)] |
| | ) |
| TODD TAKATA; | ) RELEASE OF MORTGAGE; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) |

RELEASE OF MORTGAGE

COMES NOW DEFENDANT TODD TAKATA, by and through his attorney,

RICHARD L. HOKE, JR., to submit the attached recorded RELEASE OF MORTGAGE,

Land Court Document No. 3602255, recorded on May 15, 2007, at the Land Court,

Bureau of Conveyances.

Dated: Honolulu, Hawaii.  May 17, 2007

RICHARD L. HOKE, JR.
Attorney for TODD TAKATA

3600255

5-15-07

)
)
)
)
)
)
)
)
)
)
)
)
LAND COURT )
)
)

AFTER RECORDATION RETURN BY MAIL ( )   PICK UP (x)

TO:  LAW OFFICE OF RICHARD L. HOKE, JR.
     1188 Bishop Street Suite 907
     Honolulu Hawaii 96813
     Tel: 1-808-531-5927

TITLE OF DOCUMENT:

RELEASE OF MORTGAGE

PARTIES TO DOCUMENT:

RELEASOR: Sue Beitia, Clerk of the United States District Court, District of Hawaii, and successor to Walter A.Y.H. Chinn, Clerk United States District Court, District of Hawaii

RELEASEES: Thomas Tsutomo Takata, as Trustee of the Thomas T. Takata Trust, and Shirley Shizue Takata, as Trustee of the Shirley Shizue Takata Trust

DESCRIPTION

Release of Mortgage dated August 25, 2004, by Thomas Tsutomo Takaka, as Trustee of the Thomas T. Takata Trust, and Shirley Shizue Takata, as Trustee of the Shirley Shizue Takata Trust, and recorded on August 26, 2004, under Document No. 3157373, pertaining to the premises described in Transfer Certificate of Title No. 498, 195, at the Office of the Assistant Registrar, Land Court, State of Hawaii (Bureau of Conveyances).

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That RELEASOR Sue Beitia, Clerk, United States District Court, District of Hawaii, and successor to Walter A.Y.H. Chinn, former Clerk of the United States District Court, District of Hawaii, whose principal place of business and post office address is 300 Ala Moana Blvd., Honolulu, Hawaii, 96850, being the owner, holder and mortgagee of that certain Mortgage dated August 25, 2004 and executed by RELEASEES Thomas Tsutomo Takaka, as Trustee of the Thomas T. Takata Trust, and Shirley Shizue Takata, as Trustee of the Shirley Shizue Takata Trust, which was recorded on August 26, 2004, under Document No. 3157373, at the Office of the Assistant Registrar, Land Court, State of Hawaii (Bureau of Conveyances), in order to secure the appearance of Defendant Todd Takata with a Property Bond in the amount of FIFTY-THOUSAND DOLLARS ($50,000.00) in the case entitled **United States of America v. Todd Takata, Cr. No. 04-00134-01SOM**, which was then pending in the United States District Court for the District of Hawaii, does hereby cancel, release, and forever discharge said mortgage and said mortgage shall be deemed null and void.

IN WITNESS WHEREOF, said RELEASOR Sue Beitia has executed these presents on the date indicated below.

_____
Sue Beitia
Clerk, United States District Court
District of Hawaii

STATE OF HAWAII           )
                          ) SS
CITY AND COUNTY OF HONOLULU )

On this 20th day of April, 2007, before me personally appeared Sue Beitia, Clerk, United States District Court, District of Hawaii, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed the same as his/her own free act and deed.

_____
Notary Public, State of Hawaii  Eileen Chun Sakoda
My commission expires: 3-20-2008

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

> MR. THOMAS C. MUEHLECK, ESQ.
> Assistant United States Attorney
> United States Attorney's Office
> Room 6100 PJKK Bldg
> 300 Ala Moana Blvd
> Honolulu Hawaii 96850
> Attorney for United States of America

Dated: Honolulu, Hawaii. _May 12, 2007_

_____
RICHARD L. HOKE, JR.